# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BROOCKS,<br><br>    Plaintiff,<br><br>v.<br><br>C R BARD INCORPORATED, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01228-DAD-BAM<br><br>**ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF LISA BROOCKS**<br><br>(Doc. No. 42)<br><br>Date:    February 28, 2020<br>Time:    10:00 AM<br>Courtroom: 8 (BAM) |

On January 17, 2020, Ben C. Martin, Laura J. Baughman, and Thomas Arbon filed a motion to withdraw as counsel of record for Plaintiff Lisa Broocks ("Plaintiff"). (Doc. No. 42.) The motion did not set a date for the motion to be heard. Local Rule 230(b). Additionally, the motion did not state whether Plaintiff had been served with the motion or otherwise describe what efforts had been made to notify Plaintiff of the motion. Local Rule 182(d).

Accordingly, IT IS HEREBY ORDERED:

1. The motion to withdraw as counsel for Plaintiff (Doc. No. 42) SHALL BE HEARD on **Friday, February 28, 2020, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** Any opposition or statement of non-opposition to the motion shall be filed on or before **February 14, 2020**. The parties may appear at the motion hearing by telephone with each party using the following dial-in number and access code: ***dial-in number 1-877-411-9748; access code 3219139***; and

2. Counsel for Plaintiff is directed to promptly serve Plaintiff with copies of the

1

motion and this Order at her last known address of record and to file proof of such service with the Court.

IT IS SO ORDERED.

Dated: **January 28, 2020**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE