UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BROOCKS,<br><br>           Plaintiff,<br><br>     v.<br><br>C R BARD INCORPORATED, et al.,<br><br>           Defendants. | Case No. 1:19-cv-01228-DAD-BAM<br><br>**ORDER REGARDING STATUS CONFERENCE** |

      This Court held a Status Conference on May 6, 2020, to discuss whether Plaintiff Lisa Broocks ("Plaintiff") had secured new counsel following the Court's order granting the motion of Ben C. Martin, Laura J. Baughman, and Thomas Wm. Arbon of the Law Office of Ben C. Martin, now known as Martin Baughman, PLLC, to withdraw as attorney of record for Plaintiff. Plaintiff Lisa Broocks appeared by telephone.  Shawtina Lewis, counsel for Defendants C R Bard Incorporated and Bard Peripheral Vascular Incorporated ("Defendants"), appeared by telephone.

      At the conference, Plaintiff confirmed that she had not been able to secure new counsel. Following a discussion with the Court, the parties agreed to continue the Status Conference in order to allow the parties to engage in discussions regarding the merits of the case and settlement, if appropriate.  Accordingly, the Court SETS a FURTHER STATUS CONFERENCE for **Wednesday June 17, 2020, at 9:30 AM in Courtroom 8 (BAM) before the undersigned**. The parties are encouraged to appear at the status conference by telephone with each party using

the following dial-in number and access code:  **dial-in number 1-877-411-9748; access code 3219139.**

     The Clerk of Court is directed to serve Plaintiff with a copy of this order at her address of record, 716 Santa Alicia Drive, Rhonert Park, CA 94928.

IT IS SO ORDERED.

Dated: __**May 6, 2020**__             /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE