UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BROOCKS,<br><br>    Plaintiff,<br><br>    v.<br><br>C R BARD INCORPORATED, et al.,<br><br>    Defendants. | Case No.  1:19-cv-01228-DAD-BAM<br><br>**ORDER REGARDING STATUS CONFERENCE AND SETTING FURTHER STATUS CONFERENCE** |

This Court held a Status Conference on June 23, 2020, to discuss whether Plaintiff Lisa Broocks ("Plaintiff") had secured new counsel and the status of this action, including any settlement discussions.  Plaintiff Lisa Broocks appeared by telephone.  Shawtina Lewis, counsel for Defendants C R Bard Incorporated and Bard Peripheral Vascular Incorporated ("Defendants"), appeared by telephone.

At the conference, the parties confirmed that they were engaged in active settlement negotiations and requested that the Court continue the matter for an additional thirty (30) days. Pursuant to the parties' agreement, and to allow the parties to engage in further settlement discussions, the Court SETS a FURTHER STATUS CONFERENCE for **July 30, 2020, at 9:00 AM in Courtroom 8 (BAM) before the undersigned**.  The parties shall appear at the status conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139.**  If the parties file a notice of settlement prior to the conference, then the conference will be vacated.

The Clerk of Court is directed to serve Plaintiff with a copy of this order at her address of record, 716 Santa Alicia Drive, Rhonert Park, CA 94928.

IT IS SO ORDERED.

   Dated: __**June 23, 2020**__         /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE