UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BROOCKS,<br><br>    Plaintiff,<br><br>    v.<br><br>C R BARD INCORPORATED, et al.,<br><br>    Defendants. | Case No.  1:19-cv-01228-DAD-BAM<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT**<br><br>(Doc. No. 56) |

On August 24, 2020, Defendants C R Bard Incorporated and Bard Peripheral Vascular, Inc. filed a notice of settlement of this action. (Doc. No. 56.) Pursuant to Local Rule 160, the Court ORDERS the parties, no later than September 14, 2020, to file appropriate papers to dismiss or conclude this action in its entirety. If the parties require additional time to submit dispositional documents, they may file a request for an extension supported by good cause. Local Rule 160(b). Good cause may consist with the inability to comply with the Court's order in light of the COVID-19 pandemic. Any such difficulties should be explained. This Court VACATES all other pending dates and matters. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160, Local Rule 272.

    The Clerk of Court is directed to serve Plaintiff with a copy of this order at her address of record, 716 Santa Alicia Drive, Rhonert Park, CA 94928.

IT IS SO ORDERED.

    Dated:  __August 25, 2020__               /s/ *Barbara A. McAuliffe* _
                                                       UNITED STATES MAGISTRATE JUDGE

1