UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BROOCKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-01228-DAD-BAM<br><br>**ORDER REGARDING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>(Doc. No. 60) |

　　On November 6, 2020, the parties filed a stipulation of dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41. (Doc. No. 60.) In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). This Court VACATES all pending dates and matters. The Clerk of the Court is directed to CLOSE THIS CASE.

　　The Clerk of Court is further directed to serve Plaintiff Lisa Broocks with a copy of this order at her address of record.

IT IS SO ORDERED.

　Dated:  **November 6, 2020**　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1